# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0905
Lower Tribunal No. 11-2023-CF-000361-AXXXX

_____

RANDEN RAY REGAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Tamara Lynne Nicola, Judge.

September 26, 2025

PER CURIAM.

AFFIRMED. *See Branch v. State*, 685 So. 2d 1250, 1252 (Fla. 1996) (stating that inquiry contemplated by *Nelson v. State*, 274 So. 2d 256 (Fla. 4th DCA 1973) is inapplicable to privately retained counsel).

TRAVER, C.J., and NARDELLA and WOZNIAK, JJ., concur.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED